UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

MANU J. TEJWANI,                                                         08 CV 02960 (SCR)(GAY)

                        Plaintiff,

            -against-                                              **RULE 7.1 STATEMENT**

UNITED AIRLINES INC.; UAL CORPORATION,

                        Defendants.
----------------------------------------------------------------X

       Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for UAL CORPORATION (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

UAL CORPORATION has no corporate parents, subsidiaries, or affiliates which are publicly held.

Dated: New York, New York
       April 21, 2008

                                            QUIRK AND BAKALOR, P.C.

                                            By: _____
                                               Brian P. Sexton, Esq. (BPS 2883)
                                            Attorneys for Defendants
                                            UNITED AIR LINES, INC. s/h/a UNITED
                                            AIRLINES, INC. and UAL CORPORATION
                                            845 Third Avenue, 15th Floor
                                            New York, New York 10022
                                            (212) 319-1000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Index No. 08 CV 02960 (SCR)(GAY)   Year

MANU J. TEJWANI,

Plaintiff,

- against -

UNITED AIRLINES, INC.; UAL CORPORATION,

Defendants.

## RULE 7.1 STATEMENT

QUIRK AND BAKALOR, P.C.
Defendants,
*Attorney(s) for* UNITED AIR LINES, INC. & UAL CORPORATION
*Office and Post Office Address, Telephone*

845 Third Avenue
NEW YORK, NEW YORK 10022
(212) 319-1000

To

Signature (Rule 130-1.1-a)

_____
Print name beneath

Service of a copy of the within is hereby admitted.

Dated: _____

Attorney(s) for

**PLEASE TAKE NOTICE:**

☐ NOTICE OF ENTRY

that the within is a *(certified)* true copy of a
duly entered in the office of the clerk of the within named court on

☐ NOTICE OF SETTLEMENT

that an order    of which the within is a true copy
will be presented for settlement to the HON.    one of the judges of the
within named Court, at
on    at    M.
Dated,

☐ Verification By Attorney — certify that the within has been compared by me with the original and found to be a true and complete copy.

☐ Attorney's Affirmation — state that I am _____ the attorney(s) of record for _____ in the within action; I have read the foregoing _____ and know the contents thereof; the same is true to my own knowledge, except as to the matters therein alleged to be on information and belief, and as to those matters I believe it to be true. The reason this verification is made by me and not by

The grounds of my belief as to all matters not stated upon my own knowledge are as follows:

I affirm that the foregoing statements are true, under the penalties of perjury.
Dated:

*The name signed must be printed beneath*

STATE OF NEW YORK, COUNTY OF _____ ss.:
I, the undersigned, being duly sworn, depose and say: I am

☐ Individual Verification — in the action; I have read the foregoing _____ and know the contents thereof; the same is true to my own knowledge, except as to the matters therein stated to be alleged on information and belief, and as to those matters I believe it to be true.

☐ Corporate Verification — the _____ of _____ a _____ corporation and a party in the within action; I have read the foregoing _____ and know the contents thereof; and the same is true to my own knowledge, except as to the matters therein stated to be alleged upon information and belief, and as to those matters I believe it to be true. This verification is made by me because the above party is a corporation and I am an officer thereof.

The grounds of my belief as to all matters not stated upon my own knowledge are as follows:

Sworn to before me on

*The name signed must be printed beneath*

STATE OF NEW YORK, COUNTY OF NEW YORK ss.: (If more than one box is checked—indicate after names type of service used.)
I, the undersigned, being sworn, say: I am not a party to the action, am over 18 years of age and reside at NEW YORK, NEW YORK

On April 22, 2008 I served the within **RULE 7.1 STATEMENT**

☒ Service By Mail — by mailing a copy to each of the following persons at the last known address set forth after each name below.

☐ Personal Service on Individual — by delivering a true copy of each personally to each person named below at the address indicated. I knew each person served to be the person mentioned and described in said papers as *a party therein*:

☐ Service by Electronic Means — by transmitting a copy to the following persons by ☐ FAX at the telephone number set forth after each name below ☐ E-MAIL at the E-Mail address set forth after each name below, which was designated by the attorney for such purpose, and by mailing a copy to the address set forth after each name.

☐ Overnight Delivery Service — by dispatching a copy by overnight delivery to each of the following persons at the last known address set forth after each name below.

MANU J. TEJWANI
Plaintiff Pro Se
1327 Ethan Court
Yorktown Heights, New York 10509
(914) 962-0679

Sworn to before me on
April 22, 2008

SUSAN B. CLEARWATER
Notary Public, State of New York
No. 31-4874749
Qualified in New York County
Commission Expires October 6, 200_

TIFFANY KEYS