UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MANU J. TEJWANI,                                              08 CV 02960 (SCR)(GAY)

                Plaintiff,

      -against-                                   **RULE 7.1 STATEMENT**

UNITED AIRLINES INC.; UAL CORPORATION,

                Defendants.
-----------------------------------------------------------X

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for UNITED AIR LINES, INC. s/h/a "UNITED AIRLINES, INC." (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

      UAL CORPORATION is the parent of UNITED AIR LINES, INC., and that this party has no other corporate parents, subsidiaries, or affiliates which are publicly held.

Dated: New York, New York
       April 21, 2008

                                                    QUIRK AND BAKALOR, P.C.

                                                    By: _____
                                                        Brian P. Sexton, Esq. (BPS 2883)
                                                    Attorneys for Defendants
                                                    UNITED AIR LINES, INC. s/h/a UNITED
                                                    AIRLINES, INC. and UAL CORPORATION
                                                    845 Third Avenue, 15th Floor
                                                    New York, New York 10022
                                                    (212) 319-1000

**Check Applicable Box**

☐ Verification By Attorney

☐ Attorney's Affirmation

certify that the within

state that I am                                  the attorney(s) of record for                                                                                       in the within action; I have read the foregoing                                                             and know the contents thereof; the same is true to my own knowledge, except as to the matters therein alleged to be on information and belief, and as to those matters I believe it to be true. The reason this verification is made by me and not by

The grounds of my belief as to all matters not stated upon my own knowledge are as follows:

I affirm that the foregoing statements are true, under the penalties of perjury.

Dated:

.................................................................................
The name signed must be printed beneath

STATE OF NEW YORK, COUNTY OF                                            ss.:

I, the undersigned, being duly sworn, depose and say: I am

**Check Applicable Box**

☐ Individual Verification

in the action; I have read the foregoing                                                             and know the contents thereof; the same is true to my own knowledge, except as to the matters therein stated to be alleged on information and belief, and as to those matters I believe it to be true.

☐ Corporate Verification

the                                     of                                          a                                          corporation and a party in the within action; I have read the foregoing                                                             and know the contents thereof; and the same is true to my own knowledge, except as to the matters therein stated to be alleged upon information and belief, and as to those matters I believe it to be true. This verification is made by me because the above party is a corporation and I am an officer thereof.

The grounds of my belief as to all matters not stated upon my own knowledge are as follows:

Sworn to before me on

.................................................................................
The name signed must be printed beneath

STATE OF NEW YORK, COUNTY OF   NEW YORK                    ss.:        (If more than one box is checked—indicate after names type of service used.)

I, the undersigned, being sworn, say: I am not a party to the action, am over 18 years of age and reside at   NEW YORK, NEW YORK

On   April 22, 2008                   I served the within   **RULE 7.1 STATEMENT**

**Check Applicable Box**

☒ Service By Mail — by mailing a copy to each of the following persons at the last known address set forth after each name below.

☐ Personal Service on Individual — by delivering a true copy of each personally to each person named below at the address indicated. I knew each person served to be the person mentioned and described in said papers as *a party therein:*

☐ Service by Electronic Means — by transmitting a copy to the following persons by ☐ FAX at the telephone number set forth after each name below ☐ E-MAIL at the E-Mail address set forth after each name below, which was designated by the attorney for such purpose, and by mailing a copy to the address set forth after each name.

☐ Overnight Delivery Service — by dispatching a copy by overnight delivery to each of the following persons at the last known address set forth after each name below.

MANU J. TEJWANI
Plaintiff Pro Se
1327 Ethan Court
Yorktown Heights, New York 10509
(914) 962-0679

Sworn to before me on

April 22, 2008

SUSAN B. CLEARWATER
Notary Public, State of New York
No. 31-4874749
Qualified in New York County
Commission Expires October 6, 200_

.................................................................................
The name signed must be printed beneath

TIFFANY KEYS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Index No. 08 CV 02960 (SCR)(GAY)   Year

---

MANU J. TEJWANI,

Plaintiff,

- against -

UNITED AIRLINES, INC.; UAL CORPORATION,

Defendants.

---

RULE 7.1 STATEMENT

---

QUIRK AND BAKALOR, P.C.
Defendants,
Attorney(s) for   UNITED AIR LINES, INC. & UAL CORPORATION
Office and Post Office Address, Telephone

845 Third Avenue
NEW YORK, NEW YORK 10022
(212) 319-1000

---

To




Attorney(s) for

Signature (Rule 130-1.1-a)

_____
Print name beneath


Service of a copy of the within is hereby admitted.

Dated: _____

---

PLEASE TAKE NOTICE:

☐ NOTICE OF ENTRY

that the within is a *(certified)* true copy of a
duly entered in the office of the clerk of the within named court on

☐ NOTICE OF SETTLEMENT

that an order
will be presented for settlement to the HON.
within named Court, at
on                        at              M.

Dated,

of which the within is a true copy
one of the judges of the