# QUIRK AND BAKALOR, P.C.
### COUNSELORS AT LAW
845 THIRD AVENUE
NEW YORK, N.Y. 10022-6601
(212) 319-1000
FAX (212) 319-1965

RICHARD H. BAKALOR
STEPHEN R. BLUNDA
JEFFREY J. ELLIS
RICHARD M. FREIMAN †
SCOTT P. TAYLOR
H. NICHOLAS GOODMAN
TIMOTHY J. KEANE

LORETTA A. REDMOND
DOMINIC S. CURCIO
STEVEN A. LEE
DEBRA E. SEIDMAN
ANOUSHKA S. BAYLEY
BRIAN P. SEXTON ††
LIZA R. FLEISSIG

GLORIA B. DUNN
DARA L. ROSENBAUM ††
JOEL M. MAXWELL
ROBERT R. ACKER
JEANNE M. BOYLE ††
KIRSTY J. ROGERS

CARTER A. REICH ††
WINSTON O. MARANJU
J. EDGAR A. ELUM
GLENDA Y. VILLARREAL
DANIEL W. BRUNIA
JANET J. LEE

WESTCHESTER OFFICE
1290 NORTH AVENUE
NEW ROCHELLE, N.Y. 10804

ROBERT E. QUIRK
OF COUNSEL

† ALSO ADMITTED IN FLORIDA
†† ALSO ADMITTED IN NEW JERSEY

**MEMO ENDORSED**

June 4, 2008

*Via Facsimile 914-390-4095*
Hon. George A. Yanthis, U.S.M.J.
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**RECEIVED JUN 0 4 2008 CHAMBERS OF GEORGE A. YANTHIS U.S.M.J.**

Re: Tejwani v. United Air Lines, Inc.
08 Civ. 2966 (SCR) (GAY)
Quirk and Bakalor File No. 15998 – A

Dear Judge Yanthis:

This office represents the defendants, United Air Lines, Inc. and UAL Corporation, in reference to the above matter.

This will confirm the parties and Court conducted a telephone conference this morning and the Court ordered the following scheduling deadlines:

1. February 4, 2009 – Completion of discovery.
2. November 18, 2008 at 9:00 A.M. – Further telephone conference.
3. 90 days – Plaintiff to file motion to amend pleadings to add parties.

Thank you for your consideration of the foregoing.

Respectfully submitted,

Brian P. Sexton

SO ORDERED:
Hon. George A. Yanthis
United States Magistrate Judge

6/4/08